Salvador Jimenez
870962 Plaintiff

V

Medical Hospital

OCT 18 2023 PM 2:15
FILED - USDC - NDTX - AM

2-23CV-169-Z

## Motion to order injunction relief
### Federal Rules of Civil Rule 65

Following the elapse of the case plaintiff onard filed a suit in the Lubbock county US district court for the illegal implantation of a nano technology devise that had been implanted in his ear jaw and nose. The suit had never been answered to or had been disclosed after a unknown filing of fed rules of civil pro 35 the inspection and medical inspection of his ear and jaw and medical x-ray located 54 sharpes and medal objects in his brain and jaw and nose.

The court had indicated nothing but now in the case the issue remains that the nano technology still remains implanted and not had been taken out of jaw ear and nose.

Since the technology that is implanted posses a clear and harmful to his health and saffey he is asking for a immediate medical ordering and inspection of his ear jaw and nose and he is asking for it be immediatly take place.

### Purpose

The purpose of the injuction is t prevent future harm or wrong acts and danger of harm recurrent violations, something

More than mere possibility which serves the purpose of equitable remedy of injunction is preventive, protective, prohibiting, protective, or restorative as law and circumstances of case warrant United States v White County Bridge Com. 275 F.2d 529, 2 Fed R. Serv. 2d Callaghan 107, 1960 US Apl. Lexis 5668 7th Cir.

Preliminary injunction requires the following:
(1) it is likely to suffer irreparable harm and (2) either (a) likelihood of success on merits of its case or (b) sufficiency serious questions.

Plaintiff indicates that he has suffer harm and continuous crisis admission and chronic mental brain damage. He has also been under psych meds since the nano technology been implanted in ear jaw and nose.
Since that the nano technology has never been extracted and has continuously been tampered with he is suffering harm and mental pain and torment emotional distress.

The plaintiff is posting bond and the parties to the injunction are medical and also hi tech.

The parties and issues are being avoided are has been hinder and suppress the issue that are grieved

Harm exist in the end will succeed in injunction is requesting immediate relief of the following
The ordering of Fed rules of civil pro 35 and the actual admitted to a medical hospital for if the record reflects the nano technology is implanted after medical inspection of Fed rule of civil pro 35

Also that he immediatly be reclassifyed in protection and saftey the plaintiff is still not in protect and is requesting placement in protective custody.

Also the plaintiff had been denied continuously classifications which involve a suit U.S. district court amarillo division No. 2:19-cv-139 still he is not in a protective custody level and still illegal held in a out patient program.

Certificate of service
---
I hereby certify a true and correct copy of this motion for injuction was mailed legal mail by placing it in the US postal box on 12 c-pod.

Respectfully,

09/21/23

Salvador Jimenez
870967
Clement unit

09/21/23

To Clerk:

I hereby enclose a motion for injuction to be order and sent to parties post Bond and this is a immediate jonderirs on filing of the motion please give the Judge a copy and if please possible stamp date and send me a copy in receipt of this letter and motion.

PS This action does not have a cause number its initial suit and envolument issue. Its a emergancy motion writ. No cause number

Respectfully,

Salvador Jimenez
870.962
Clement unit
9601 spur 591
Amarillo Tx,
79107

OCT 18 2023 PM2:15
REC'D - USDC - NDTX - AM

820967
Salvador Jiménez
Clements Unit
9601 Spur 591
Amarillo TX. 79107

AMARILLO TX 791
16 OCT 2023 PM 1 L

U.S. District Clerk
United States District Court
Amarillo Division
205 SE 5th suit 133
Amarillo Tx. 79101

RECEIVED
OCT 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101$1559

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION